DOUGLAS N. LETTER
GENERAL COUNSEL
TODD B. TATELMAN
PRINCIPAL DEPUTY GENERAL COUNSEL
MEGAN BARBERO
DEPUTY GENERAL COUNSEL
JOSEPHINE MORSE
DEPUTY GENERAL COUNSEL

BROOKS M. HANNER
ASSOCIATE GENERAL COUNSEL
SARAH E. CLOUSE
ASSOCIATE GENERAL COUNSEL
WILLIAM E. HAVEMANN
ASSOCIATE GENERAL COUNSEL
ERIC R. COLUMBUS
SPECIAL LITIGATION COUNSEL
LISA K. HELVIN
SPECIAL LITIGATION COUNSEL
JONATHAN B. SCHWARTZ
ATTORNEY

**U.S. HOUSE OF REPRESENTATIVES**
**OFFICE OF GENERAL COUNSEL**
219 CANNON HOUSE OFFICE BUILDING
WASHINGTON, DC 20515-6532
(202) 225-9700
FAX: (202) 226-1360

January 19, 2021

**VIA ECF**

Catherine O'Hagan Wolfe
Clerk of the U.S. Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

  Re: *Donald J. Trump et al. v. Deutsche Bank AG et al.*, No. 19-1540

Dear Ms. Wolfe:

  I respectfully request permission to withdraw as counsel for defendants-appellees the Committee on Financial Services and the Permanent Select Committee on Intelligence of the U.S. House of Representatives. The House will continue to be represented by the other attorneys who have entered appearances in this case.

        Respectfully submitted,

        */s/ Josephine Morse*
        Josephine Morse (DC Bar No. 1531317)
         *Deputy General Counsel*

        Office of General Counsel
        U.S. House of Representatives
        219 Cannon House Office Building
        Washington, DC 20515
        Telephone: (202) 225-9700
        Jodie.Morse@mail.house.gov

cc: All Counsel of Record (via ECF)