TODD B. TATELMAN
PRINCIPAL DEPUTY GENERAL COUNSEL

**U.S. HOUSE OF REPRESENTATIVES**
**OFFICE OF GENERAL COUNSEL**
5140 O'NEILL HOUSE OFFICE BUILDING
WASHINGTON, DC 20515-6532
(202) 225-9700
FAX: (202) 226-1360

BROOKS M. HANNER
ASSOCIATE GENERAL COUNSEL
SARAH E. CLOUSE
ASSOCIATE GENERAL COUNSEL

January 3, 2023

**VIA ECF**

Catherine O'Hagan Wolfe
Clerk of the U.S. Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *Donald J. Trump et al. v. Deutsche Bank AG et al.*, No. 19-1540

Dear Ms. Wolfe:

    I respectfully request permission to withdraw as counsel for defendants-appellees the Committee on Financial Services and the Permanent Select Committee on Intelligence of the U.S. House of Representatives. The House will continue to be represented by the other attorney who has entered an appearance in this case, Todd B. Tatelman.

                                    Respectfully submitted,

                                    */s/ Douglas N. Letter*
                                    Douglas N. Letter (D.C. Bar No. 253492)
                                      *General Counsel*

                                   Office of General Counsel
                                   U.S. House of Representatives
                                   5140 O'Neill House Office Building
                                   Washington, D.C. 20515
                                   (202) 225-9700
                                   Douglas.Letter@mail.house.gov

cc:    All Counsel of Record (via ECF)